No. 12,425.

STATE OF LOUISIANA EX REL. W. MORGAN GURLEY, SYNDIC, VS. HON. N. H. RIGHTOR, JUDGE OF THE CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS.

ON APPLICATION for Writs of *Mandamus* and Prohibition.

*Ambrose Smith* and *John T. Whitaker* for Relator.

*E. Howard McCaleb* and *Dinkelspiel & Hart* for Respondents.

Submitted on briefs February 15, 1897.
Opinion handed down February 19, 1897.

The opinion of the court was delivered by

WATKINS, J. For the reasons assigned in the written opinion this day filed in State *ex rel.* W. Morgan Gurley, Syndic, vs. Fred. D. King, Judge, *ante*, p. 881, it is ordered and decreed that the preliminary writs of *mandamus* and prohibition be set aside, and that the relief prayed for by the relator be refused at his cost.